**Salvador MAGLUTA, Plaintiff–Appellant,**

v.

**F.P. Sam SAMPLES, Michael W. Garrett, Michael Bell, Defendants–Appellees.**

No. 06–12870

United States Court of Appeals, Eleventh Circuit.

June 11, 2007.

Neil M. Schuster, Miami, FL, for Plaintiff–Appellant.

Paul Michael Brown, Robert M. Loeb, Washington, DC, for Defendants–Appellees.

Before DUBINA and BLACK, Circuit Judges, and RESTANI,* Judge.

PER CURIAM:

Appellant/Plaintiff, Salvador Magluta, appeals the district court's order granting summary judgment on his *Bivens*[1] action. After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we first conclude that the evidence does not establish that the conditions of Magluta's pretrial detention amounted to punishment, in violation of his Fifth Amendment substantive due process rights. Magluta posed a serious and legitimate security risk, and his detention was not an exaggerated response.

We conclude from the record, moreover, that, regardless of whether Magluta had a protected liberty interest, he received all the process he was due.

Accordingly, we affirm the district court's grant of summary judgment.

**AFFIRMED.**

---

* Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

1. *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).